**ISLAND CREEK COAL CO. and Old Republic Ins. Co., Appellants,**

v.

**Gordon TUSSEY and Workmen's Compensation Board of Ky., Appellees.**

Court of Appeals of Kentucky.

March 1, 1974.

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellants.

James R. Allen, Prestonsburg, J. Keller Whitaker, Director, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

---

**Roy WALTERS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Anthony M. Wilhoit, David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

---

**Simon BOLDEN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Joseph G. Glass, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

---

**Norma Michele Zinious HILL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Duane L. Vincent, Robert L. Hall, Florence, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.